**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 502 HEALTH AND WELFARE TRUST FUND; PLUMBERS AND PIPEFITTERS LOCALS 502 & 633 PENSION TRUST FUND; PLUMBERS AND PIPEFITTERS LOCAL 502 JOINT EDUCATIONAL & TRAINING FUND; MECHANICAL INDUSTRY PROMOTION FUND OF KENTUCKY; PIPING INDUSTRY COOPERATIVE OF KENTUCKIANA; and PLUMBERS, PIPEFITTERS AND SERVICE TECHNICIANS LOCAL 502, <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC. A Delaware Corporation, <br><br> Defendant. | Civil Case No. 3:21-cv-155-RGJ <br><br> (Electronically Filed) |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COME the Plaintiffs, the PLUMBERS AND PIPEFITTERS LOCAL 502 HEALTH AND WELFARE TRUST FUND *et al.*, by and through their counsel, Dennis Johnson of JOHNSON & KROL, LLC, and hereby dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), as follows:

1. Plaintiffs are PLUMBERS AND PIPEFITTERS LOCAL 502 HEALTH AND WELFARE TRUST FUND, PLUMBERS AND PIPEFITTERS LOCALS 502 & 633 PENSION TRUST FUND, PLUMBERS AND PIPEFITTERS LOCAL 502 JOINT EDUCATIONAL & TRAINING FUND, MECHANICAL INDUSTRY PROMOTION FUND OF KENTUCKY, PIPING INDUSTRY COOPERATIVE OF KENTUCKIANA, and PLUMBERS, PIPEFITTERS AND SERVICE TECHNICIANS LOCAL 502.

2. Defendant is HONEYWELL INTERNATIONAL, INC.

3. On March 10, 2021, the Plaintiffs filed their Complaint in the above-captioned matter. [DE 1].

4. Since filing the Complaint, the Defendant has complied with the audit, and the audit is now complete.

5. Rule 41 (a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that "the plaintiff may dismiss an action without a court order by filing an notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. Proc. 41.

6. The Defendant has yet to serve an answer or a summary judgment motion in the instant case.

WHEREFORE, pursuant to Rule (a)(1)(A)(i), Plaintiffs hereby dismiss this matter without prejudice.

Respectfully submitted,

/s/ Dennis R. Johnson
Dennis R. Johnson (KY Bar No. 96387)
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 372-8587
johnson@johnsonkrol.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on today's date, February 24, 2022, he served a copy of the **Notice of Voluntary Dismissal** to the Defendant via U.S. First Class Mail and Email at the addresses set forth below.

    **Honeywell International, Inc.**
    c/o Mr. Tom Gies, Attorney
    Crowell & Moring LLP
    1001 Pennsylvania Avenue NW
    Washington, DC 20004
    tgies@crowell.com

/s/ Dennis R. Johnson
Dennis R. Johnson (KY Bar No. 96387)
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 372-8587
johnson@johnsonkrol.com

*Attorney for Plaintiffs*