# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL 502 HEALTH AND WELFARE TRUST FUND; PLUMBERS AND PIPEFITTERS LOCALS 502 & 633 PENSION TRUST FUND; PLUMBERS AND PIPEFITTERS LOCAL 502 JOINT EDUCATIONAL & TRAINING FUND; MECHANICAL INDUSTRY PROMOTION FUND OF KENTUCKY; PIPING INDUSTRY COOPERATIVE OF KENTUCKIANA; and PLUMBERS, PIPEFITTERS AND SERVICE TECHNICIANS LOCAL 502, <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL, INC. A Delaware Corporation, <br><br> Defendant. | Civil Case No. 3:21-cv-155-RGJ <br><br> (Electronically Filed) |

## *AMENDED* NOTICE OF VOLUNTARY DISMISSAL

NOW COME the Plaintiffs, the PLUMBERS AND PIPEFITTERS LOCAL 502 HEALTH AND WELFARE TRUST FUND *et al.*, by and through their counsel, Dennis Johnson of JOHNSON & KROL, LLC, and hereby dismiss this action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, as follows:

WHEREAS, on February 24, 2022, the Plaintiffs filed their Notice of Voluntary Dismissal with the Court [DE 21]; and

WHEREAS, the Notice of Voluntary Dismissal mistakenly indicated that the dismissal was without prejudice [DE 21].

NOW THEREFORE, the Plaintiffs hereby amend their prior dismissal to dismiss this matter *with* prejudice pursuant to Rule (a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Dennis R. Johnson
Dennis R. Johnson (KY Bar No. 96387)
Johnson & Krol, LLC
311 S. Wacker Drive, Suite 1050
Chicago, Illinois 60606
(312) 372-8587
johnson@johnsonkrol.com

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on today's date, February 25, 2022, he served a copy of the **Amended Notice of Voluntary Dismissal** to the Defendant via email at the address set forth below.

**Honeywell International, Inc.**
c/o Mr. Tom Gies, Attorney
Crowell & Moring LLP
1001 Pennsylvania Avenue NW
Washington, DC 20004
tgies@crowell.com

    /s/ Dennis R. Johnson
    Dennis R. Johnson (KY Bar No. 96387)
    Johnson & Krol, LLC
    311 S. Wacker Drive, Suite 1050
    Chicago, Illinois 60606
    (312) 372-8587
    johnson@johnsonkrol.com

    *Attorney for Plaintiffs*